IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JAN 1 1 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| MAHMOUD MUSTAPH SAFA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.: 5:07cv154 |
| WAYNE A. PHILLIPS, Warden, | ) |
| Respondent. | ) |

## ORDER

The Respondent, having moved the Court pursuant to the E-Government Act of 2002 to file unredacted document under seal herein, more specifically, Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: January 11, 2008

_____
UNITED STATES MAGISTRATE JUDGE